```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
SOTHEBY'S, INC.,                                                         :
                                                                         :
                              Counter-Claimant,                          :
                                                                         :
              -against-                                                  :
                                                                         :
WEI SU, HAI JUAN WANG, and YEH YAO HWANG                                 :
                                                                         :
                              Counterclaim-Defendants,                   :
------------------------------------------------------------------------ :
YEH YAO HWANG,                                                           :
                                                                         :
                              Cross-Claimant,                            :
                                                                         :
              -against-                                                  :
                                                                         :
WEI SU and HAI JUAN WANG,                                                :
                                                                         :
                              Cross-Defendants,                          :
------------------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 02/14/2020

17-CV-4577 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS Sotheby's, Inc. filed a motion for attorney's fees and costs, which remains pending, after being discharged from this interpleader action, Dkt. 122;

WHEREAS Wei Su, Hai Juan Wang, and Yeh Yao Hwang, in response to Sotheby's fee request, have indicated that the parties may be able to resolve Sotheby's claim once the merits of this case have been decided, Dkt. 133 at 2;

WHEREAS Sotheby's did not express any opposition to delaying a ruling on fees, *see* Dkt. 139;

WHEREAS the parties have recently resumed briefing on Su/Wang's motion for summary judgment, Dkt. 163;

WHEREAS the Court has previously indicated that the allocation of fees as between the Su/Wang and Yeh will be deferred until the conclusion of the litigation, Dkts. 97, 112;

IT IS HEREBY ORDERED that Sotheby's pending motion for fees and costs is STAYED pending the outcome of Su/Wang's motion for summary judgment or other resolution of the merits of Su/Wang's and Yeh's competing claims in this matter.

The Clerk of Court is respectfully requested to STAY the pending motion at docket entry 122.

**SO ORDERED.**

**Date: February 14, 2020**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**