USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X
WEI SU and HAI JUAN WANG,

                                Plaintiffs,

                         -against-

SOTHEBY'S, INC.,

                               Defendant.

-------------------------------------------------------------------- 
SOTHEBY'S, INC.,

                           Counter-Claimant,

                         -against-

WEI SU, HAI JUAN WANG, and YEH YAO HWANG

                         Counterclaim-Defendants,

-------------------------------------------------------------------- 
YEH YAO HWANG,

                           Cross-Claimant,

                       -against-

WEI SU and HAI JUAN WANG,

                         Cross-Defendants,

-------------------------------------------------------------------- 
WEI SU and HAI JUAN WANG,

                         Cross-Claimants,

                       -against-

YEH YAO HWANG,

                         Cross-Defendant,

-------------------------------------------------------------------- X

17-CV-4577 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 16, 2020, the parties appeared for a conference; and

WHEREAS the parties confirmed that this case is not to be tried to a jury;

IT IS HEREBY ORDERED that the parties must meet and confer to discuss how they would like the bench trial to proceed, including the use of electronic platforms for witness testimony.  A joint proposal from the parties is due no later than **Friday, October 23, 2020**.

IT IS FURTHER ORDERED that that any party that wishes to make motion(s) *in limine* must file a letter of no more than three pages explaining the substance of such desired motion(s), by no later than **Friday, October 23, 2020**.  If any party files a letter indicating a desire to make motions *in limine*, all other parties must file a letter of no more than three pages, stating whether, and if so why, the party would oppose the proposed motions *in limine*, by no later than **Friday, October 30, 2020**.

IT IS FURTHER ORDERED that a telephone conference will be held on **Friday, November 6, 2020, at 2:00 P.M.**, to discuss any proposed motions *in limine*, to set a briefing scheduling on such motions if one is needed, to set a schedule for the filing of a joint pretrial order, proposed findings of fact, and proposed conclusions of law, and to set a final pretrial conference and tentative trial date.  All parties and any interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 4577. All attendees are advised to mute their phones when not speaking and to self-identify each time they speak.

IT IS FURTHER ORDERED that any Motion to Disqualify is due no later than **Friday, October 30, 2020**.  Any response in opposition to the Motion is due no later than **Friday,**

**November 13, 2020**.  Any reply in support of the Motion is due no later than **Friday, November 20, 2020**.


**SO ORDERED.**

**Date:  October 16, 2020**
         **New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**