USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X
WEI SU and HAI JUAN WANG,                                                :
                                                                         :
                Plaintiffs,                                :
                                                                         :
          -against-                                      :
                                                                         :
SOTHEBY'S, INC.,                                                         :
                                                                         :
                Defendant.                                 :
------------------------------------------------------------------------ :
SOTHEBY'S, INC.,                                                         :
                                                                         :       **17-CV-4577 (VEC)**
                Counter-Claimant,                          :
                                                                         :       **ORDER SCHEDULING**
          -against-                                      :       **TELEPHONE CONFERENCE**
                                                                         :
WEI SU, HAI JUAN WANG, and YEH YAO HWANG                                 :
                                                                         :
                Counterclaim-Defendants,                   :
                                                                         :
------------------------------------------------------------------------ :
YEH YAO HWANG,                                                           :
                                                                         :
                Cross-Claimant,                            :
                                                                         :
          -against-                                      :
                                                                         :
WEI SU and HAI JUAN WANG,                                                :
                                                                         :
                Cross-Defendants.                          :
------------------------------------------------------------------------ X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes. (Doc. No. 180.)  A telephone conference will be held on **Monday, November 9, 2020 at 12:45 p.m.** in advance of a settlement conference.  Counsel for the parties are directed to call Judge Parker's Chambers

court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

**SO ORDERED.**

Dated: October 19, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge