USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X
WEI SU and HAI JUAN WANG,  :
:
                             Plaintiffs,  :
:
                    -against-  :
:
SOTHEBY'S, INC.,  :
:
                             Defendant.  :
------------------------------------------------------------------------ :
SOTHEBY'S, INC.,  :
:
                         Counter-Claimant,  :
:
                    -against-  :
:
WEI SU, HAI JUAN WANG, and YEH YAO HWANG  :
:
                       Counterclaim-Defendants,  :      17-CV-4577 (VEC)
:
------------------------------------------------------------------------ :      <u>ORDER</u>
YEH YAO HWANG,  :
:
                         Cross-Claimant,  :
:
                    -against-  :
:
WEI SU and HAI JUAN WANG,  :
:
                       Cross-Defendants,  :
------------------------------------------------------------------------ :
WEI SU and HAI JUAN WANG,  :
:
                       Cross-Claimants,  :
:
                    -against-  :
:
YEH YAO HWANG,  :
:
                       Cross-Defendant,  :
------------------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties are scheduled to appear for a telephone conference on Friday, November 6, 2020, at 2:00 P.M.;

IT IS HEREBY ORDERED that due to a conflict in the Court's calendar, the telephone conference will be held on **Friday, November 6, 2020, at 11:30 A.M.**  All parties and any interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 4577.  All attendees are advised to mute their phones when not speaking and to self-identify each time they speak.

**SO ORDERED.**

Date:  October 30, 2020
         New York, New York

_____
VALERIE CAPRONI
United States District Judge