```
                                                                USDC SDNY
                                                                DOCUMENT
                                                                ELECTRONICALLY FILED
                                                                DOC #:
UNITED STATES DISTRICT COURT                                    DATE FILED: 11/06/2020
SOUTHERN DISTRICT OF NEW YORK
```

------------------------------------------------------------- X
    WEI SU and HAI JUAN WANG,                                         :
                                       Plaintiffs,                  :
                           -against-                                :
    SOTHEBY'S, INC.,                                                 :
                                      Defendant.                 :
------------------------------------------------------------- :
    SOTHEBY'S, INC.,                                                 :
                                       Counter-Claimant,      :
                           -against-                                :
    WEI SU, HAI JUAN WANG, and YEH YAO HWANG    :
                                       Counterclaim-Defendants,     :             17-CV-4577 (VEC)
------------------------------------------------------------- :              <u>ORDER</u>
    YEH YAO HWANG,                                                  :
                                      Cross-Claimant,          :
                           -against-                                :
    WEI SU and HAI JUAN WANG,                                         :
                                      Cross-Defendants,       :
------------------------------------------------------------- :
    WEI SU and HAI JUAN WANG,                                         :
                                      Cross-Claimants,         :
                           -against-                                :
    YEH YAO HWANG,                                                  :
                                      Cross-Defendant,         :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 6, 2020, the parties appeared for a conference;

IT IS HEREBY ORDERED that for the reasons stated at the conference, the Court stays all deadlines, including any further briefing on Su and Wang's proposed motions *in limine*, until the resolution of Yeh's motion to disqualify. The Court reminds the parties that Su and Wang's response in opposition to the motion to disqualify is due no later than **Friday, November 13, 2020** and that any reply in support of the motion is due no later than **Friday, November 20, 2020**. The Court further reminds the parties about their upcoming telephone conference with Magistrate Judge Parker, currently scheduled for November 9, 2020.

**SO ORDERED.**

**Date:   November 6, 2020**
**        New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**