USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/05/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
  WEI SU and HAI JUAN WANG,                                  :
                                                             :
                           Plaintiffs,                       :
                                                             :
               -against-                                     :
                                                             :
  SOTHEBY'S, INC.,                                           :
                                                             :
                           Defendant.                        :
------------------------------------------------------------ :
  SOTHEBY'S, INC.,                                           :
                                                             :
                           Counter-Claimant,                 :
                                                             :
               -against-                                     :
                                                             :
  WEI SU, HAI JUAN WANG, and YEH YAO HWANG                   :
                                                             :
                           Counterclaim-Defendants,          :      17-CV-4577 (VEC)
                                                             :
------------------------------------------------------------ :         ORDER
  YEH YAO HWANG,                                             :
                                                             :
                           Cross-Claimant,                   :
                                                             :
               -against-                                     :
                                                             :
  WEI SU and HAI JUAN WANG,                                  :
                                                             :
                           Cross-Defendants,                 :
------------------------------------------------------------ :
  WEI SU and HAI JUAN WANG,                                  :
                                                             :
                           Cross-Claimants,                  :
                                                             :
               -against-                                     :
                                                             :
  YEH YAO HWANG,                                             :
                                                             :
                           Cross-Defendant,                  :
------------------------------------------------------------ X
```

...

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 5, 2022, the parties appeared at the Final Pretrial Conference.

IT IS HEREBY ORDERED that by no later than **Thursday, May 12, 2022**, counsel for Su and Wang must inform the Court whether they have re-established contact with their client Hai Juan Wang.  If counsel is unable to reestablish contact with Ms. Wang by **Monday, May 24, 2022**, a week before the trial commences, the Court will grant Yeh leave to file a motion for adverse inferences after the conclusion of the bench trial.

IT IS FURTHER ORDERED that the parties' audiovisual tutorial and walkthrough will be held on **Monday, May 16, 2022 at 11:00 A.M.** in Courtroom 443.  If counsel for Su and Wang have re-established contact with Wang, then the parties must also hold a remote testimony test run from the Courtroom with the Doar representative using the Zoom.gov account at that time.

IT IS FURTHER ORDERED that the parties must meet and confer on a backup plan in the event that the Shanghai lockdown remains in place during the bench trial and Su cannot testify in person.  If that plan involves remote testimony, the parties must use a Zoom.gov account via a third-party vendor and must arrange for a test run in advance of the trial.  By no later than **Thursday, May 12, 2022**, the parties must inform the Court whether they have reached an agreement on a backup plan, including with respect to payment for the hosting of any remote testimony.  If the parties are unable to agree, they must each lay out their respective positions and proposals and the Court will enter an order resolving the dispute.

IT IS FURTHER ORDERED that the parties must meet and confer on all disputes regarding translation of exhibits into English.  If the parties' resolution of any such disputes involves new translations, whether by Patrick Feng or otherwise, the parties must file on ECF

and email Chambers new versions of the exhibits with those translations by no later than **Friday, May 20, 2022**.  Additionally, by no later than **Friday, May 20, 2022**, the parties must report to the Court whether any translation-related disputes remain outstanding.  If any disputes remain outstanding, the parties' joint letter must include the list of exhibits with disputed translations as well as the names of the witness or witnesses for each side who will be testifying as to the correct translation of the exhibits.

IT IS FURTHER ORDERED that, for the reasons stated at the conference, the Court will presume that the Shanghai High People's Court Civil Judgment (Plaintiff's Exhibit P-4) is authentic, pending Yeh's production of a certified copy or a version that is publicly available online, via a Chinese equivalent of Westlaw or ECF/PACER.  By no later than **Friday, May 20, 2022**, Yeh must file a certified or publicly available version of the judgment with the Court, or if he has not obtained one by the deadline, he must report to the Court about his efforts and by when he expects to be able to obtain a certified or publicly available copy of the judgment.

IT IS FURTHER ORDERED that the trail will commence on **Tuesday, May 31, 2022 at 10:00 A.M.**  The parties must be in the Courtroom by Tuesday, May 31, 2022 at 9:45 A.M.  The trial will continue on **Wednesday June 1, 2022 at 10:30 A.M.**, an hour later than discussed at today's conference.  In the unlikely event that the trial is still proceeding on **Thursday, June 2, 2022**, trial will begin at 9:30 A.M.

**SO ORDERED.**

Date:  May 5, 2022                                                                    _____
         New York, New York                                                        VALERIE CAPRONI
                                                                                                   United States District Judge