USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/09/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- X
WEI SU and HAI JUAN WANG,

                     Plaintiffs,

             -against-

SOTHEBY'S, INC.,

                     Defendant.
-------------------------------------------------------------------------
SOTHEBY'S, INC.,

                     Counter-Claimant,

             -against-

WEI SU, HAI JUAN WANG, and YEH YAO HWANG

                     Counterclaim-Defendants,

-------------------------------------------------------------------------
YEH YAO HWANG,

                     Cross-Claimant,

             -against-

WEI SU and HAI JUAN WANG,

                     Cross-Defendants,
-------------------------------------------------------------------------
WEI SU and HAI JUAN WANG,

                     Cross-Claimants,

             -against-

YEH YAO HWANG,

                     Cross-Defendant,
------------------------------------------------------------------------- X

17-CV-4577 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties' audiovisual tutorial and walkthrough will be held on Monday, May 16, 2022 at 11:00 A.M. in Courtroom 443, Dkt. 228;

WHEREAS if counsel for Su and Wang have re-established contact with Wang, then the parties must also hold a remote testimony test run from the Courtroom with the Doar representative using the Zoom.gov account on Monday, May 16, 2022 at 11:00 A.M. in Courtroom 443, *id.*;

WHEREAS Xuejie Wong, counsel for Su and Wang, has informed Chambers that she is not available on Monday, May 16, 2022 at 11:00 A.M.; and

WHEREAS Diane Kosteas, trial counsel for Su and Wang, has informed Chambers that she tested positive for COVID-19 on May 8, 2022.

IT IS HEREBY ORDERED that the audiovisual tutorial and walkthrough and remote testimony test run will occur on **Monday, May 16, 2022 at 11:00 A.M.** Counsel for Su and Wang must send a representative to the meeting. The Court reminds counsel that any entry to the courthouse must comply with Court rules regarding COVID-19, which are available here: https://www.nysd.uscourts.gov/sites/default/files/2022-04/COVID%20Procedures--%20Positive%20Diagnosis%20Symptoms%20or%20Exposure%20%28rev.%204.28.22%29.pdf.

**SO ORDERED.**

**Date: May 9, 2022**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**