USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/31/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- X
WEI SU and HAI JUAN WANG,                              :
                                                       :
                        Plaintiffs,                    :
                                                       :
                -against-                              :
                                                       :
SOTHEBY'S, INC.,                                       :
                                                       :
                        Defendant.                     :
------------------------------------------------------------------------- :
SOTHEBY'S, INC.,                                       :
                                                       :
                        Counter-Claimant,              :
                                                       :
                -against-                              :
                                                       :
WEI SU, HAI JUAN WANG, and YEH YAO HWANG               :
                                                       :
                        Counterclaim-Defendants,       :    17-CV-4577 (VEC)
                                                       :
------------------------------------------------------------------------- :    ORDER
YEH YAO HWANG,                                         :
                                                       :
                        Cross-Claimant,                :
                                                       :
                -against-                              :
                                                       :
WEI SU and HAI JUAN WANG,                              :
                                                       :
                        Cross-Defendants,              :
------------------------------------------------------------------------- :
WEI SU and HAI JUAN WANG,                              :
                                                       :
                        Cross-Claimants,               :
                                                       :
                -against-                              :
                                                       :
YEH YAO HWANG,                                         :
                                                       :
                        Cross-Defendant,               :
------------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that the parties must be available for trial on Friday, June 3, 2022 from 9:30 A.M.; Monday, June 6, 2022 from 1:30 P.M.; and thereafter at 9:30 A.M. each day until the trial is completed.

Chambers will inform the parties via email tomorrow afternoon whether trial will commence on Friday, June 3, 2022 at 9:30 A.M. or whether it will commence on Monday, June 6, 2022 at 1:30 P.M.  With respect to Monday, June 6, 2022, the Court anticipates that its prior hearing will have concluded by 1:30 P.M., but the start time of this trial on Monday will ultimately be determined by how long that hearing lasts.

The Court is confident that, assuming counsel comport themselves professionally and diligently, whether this trial begins on Friday, June 3, 2022 or Monday, June 6, 2022, it should be complete by the end of the day on Wednesday, June 8, 2022.  Nevertheless, if Ms. Wong's clients believe that it is important that she be present for all aspects of the trial, even though she is not trial counsel, the Court encourages her to look into whether her flight, currently scheduled for 8:00 A.M. on Thursday, June 9, 2022, can be changed.

**SO ORDERED.**

**Date:  May 31, 2022**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**