```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 06/02/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- X
WEI SU and HAI JUAN WANG,

               Plaintiffs,

           -against-

SOTHEBY'S, INC.,

               Defendant.
-------------------------------------------------------------------------
SOTHEBY'S, INC.,

               Counter-Claimant,

           -against-

WEI SU, HAI JUAN WANG, and YEH YAO HWANG

               Counterclaim-Defendants,

17-CV-4577 (VEC)

-------------------------------------------------------------------------
YEH YAO HWANG,

               Cross-Claimant,

ORDER

           -against-

WEI SU and HAI JUAN WANG,

               Cross-Defendants,
-------------------------------------------------------------------------
WEI SU and HAI JUAN WANG,

               Cross-Claimants,

           -against-

YEH YAO HWANG,

               Cross-Defendant,
------------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the bench trial in this matter is scheduled to commence on Monday, June 6, 2022 at 1:30 P.M.

IT IS HEREBY ORDERED that, due to a change in the Court's calendar, the trial will commence on **Monday, June 6, 2022 at <u>9:30 A.M.</u>**  The parties must be available for trial from Monday, June 6, 2022 at 9:30 A.M., and from 9:30 A.M. each day thereafter until the trial is completed.  The parties must be in Courtroom 443 each day by no later than 9:15 A.M.

IT IS FURTHER ORDERED that, by no later than **Thursday, June 2, 2022 at 5:00 P.M.,** the parties must submit new electronic device orders with the new trial dates.

IT IS FURTHER ORDERED that although the Court expects the parties to be familiar with the Courtroom technology and the remote testimony system, the Court will not require an additional technology test with DOAR in advance of the trial.  If the parties would like to schedule a second technology test with DOAR, they are welcome to do so, although they must coordinate with Chambers in advance to ensure that the Courtroom is available.

**SO ORDERED.**

**Date:  June 2, 2022**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**