USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 06/12/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X
WEI SU and HAI JUAN WANG, :
:
                Plaintiffs, :
:
       -against- :
:
SOTHEBY'S, INC., :
:
                Defendant. :
------------------------------------------------------------------------ :
SOTHEBY'S, INC., :
:
                Counter-Claimant, :
:
       -against- :
:
WEI SU, HAI JUAN WANG, and YEH YAO HWANG :
:
                Counterclaim-Defendants, :   17-CV-4577 (VEC)
:
------------------------------------------------------------------------ :      ORDER
YEH YAO HWANG, :
:
                Cross-Claimant, :
:
       -against- :
:
WEI SU and HAI JUAN WANG, :
:
                Cross-Defendants, :
------------------------------------------------------------------------ :
WEI SU and HAI JUAN WANG, :
:
                Cross-Claimants, :
:
       -against- :
:
YEH YAO HWANG, :
:
                Cross-Defendant, :
------------------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 8, 2022, Yeh's counsel provided an update on Yeh's attempts to obtain a certified version of the 2007 Shanghai Judgment.

IT IS HEREBY ORDERED that Yeh's counsel must provide a further update by no later than **Wednesday, June 22, 2022**.

**SO ORDERED.**

Date:  **June 12, 2022**
       **New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**