

# Law Offices of Xuejie Wong PLLC

Manhattan Office
139 Centre Street, Suite 208
New York, NY 10013
Tel: 212-941-5483

Flushing Office
136-20 38th Avenue, Suite 9i
Flushing, NY 11354
Tel: 718-461-8461

Email: xwonglaw@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/28/2022

**MEMO ENDORSED**

November 28, 2022

<u>VIA ECF</u>

Honorable Valerie Caproni
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 240
New York, NY 10007

**Re**: *Wei Su and Hai Juan Wang v. Sotheby's Inc.*
Civil Action No. l7-cv-4577(VEC)

Dear Judge Caproni:

This office represents Su/Wang in the above referenced matter. I am writing to request an adjournment of the December 2nd court appearance to the afternoon of the same day. I have a hearing at the immigration court at 8:30 A.M. on the Matter of *Yanyan Chen*; Ms. Diane Kosteas has two matrimonial cases in the same morning, *Chen v. Chen* at 10:00 am in Kings County Supreme Court and *Jiang v. Wei* at 12:15 P.M. at Kings County Supreme Court. Therefore, we respectfully request that the court appearance at 10:00 am be adjourned to 2:00 p.m. on the same day or another day at the Court's availability. Thank you for your consideration.

Respectfully Submitted,

/s/
_____
Xuejie Wong, Esq.
Attorney for Wei Su/Wang

cc: Hugh H. Mo, Esq. (via ECF)
    Elizabeth Mo. Esq. (via ECF)

---

Counsel for Su and Wang are reminded that, pursuant to Rule 2(C) of the Undersigned's Individual Practices, all adjournment or extension requests must indicate whether all parties to the matter consent to the request. The rescheduling request is DENIED without prejudice to Su and Wang refiling the adjournment request and indicating whether Yeh objects to the rescheduling request, and if Sotheby's plans to attend the conference, whether Sotheby's objects.

SO ORDERED.

*Valerie Caproni* (signature)   11/28/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE