

# Law Offices of Xuejie Wong PLLC

Manhattan Office
139 Centre Street, Suite 208
New York, NY 10013
Tel: 212-941-5483

Flushing Office
136-20 38th Avenue, Suite 9i
Flushing, NY 11354
Tel: 718-461-8461

Email: xwonglaw@gmail.com

<table>
<tr><td>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 11/30/2022</td></tr>
</table>

November 30, 2022

**MEMO ENDORSED**

**VIA ECF**

Honorable Valerie Caproni
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 240
New York, NY 10007

**Re**: *Wei Su and Hai Juan Wang v. Sotheby's Inc.*
    Civil Action No.  l7-cv-4577(VEC)

Dear Hon. Judge Caproni:

This office represents Su/Wang in the above referenced matter. I am writing to request an adjournment of the December 2nd court appearance to the afternoon of the same day.  The reason for the request is that I have a hearing at the immigration court at 8:30 A.M. on the Matter of *Yanyan Chen*; Ms. Diane Kosteas has two matrimonial cases in the same morning, *Chen v. Che*n at 10:00 am in Kings County Supreme Court and *Jiang v. Wei* at 12:15 P.M. at Kings County Supreme Court.

The counsel for Mr. Yeh has consented to adjourn the conference to 2:00 pm. The counsel for Sotheby's, Mr. Nicyper will not be available to attend that day, and believes his presence at the conference will not be essential.

In conclusion, we respectfully request that the court appearance at 10:00 am be adjourned to 2:00 p.m. on December 2nd, 2022 or alternatively, be adjourned to 10 a.m. on December 12th, 2022, which both parties' counsels have consented to or to another day at Court's convenience.  Thank you for your consideration.

Respectfully Submitted,

__ /s/ _____
Xuejie Wong, Esq.
Attorney for Wei Su/Wang

cc:  Hugh H. Mo, Esq. (via ECF)
     Elizabeth Mo. Esq. (via ECF)

---

Application GRANTED.  The conference is adjourned to **2:00 P.M. on December 2, 2022**, in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

SO ORDERED.

*Valerie Caproni*     11/30/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE