```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/02/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X
WEI SU and HAI JUAN WANG,

                Plaintiffs,

            -against-

SOTHEBY'S, INC.,

                Defendant.
------------------------------------------------------------------------
SOTHEBY'S, INC.,

                Counter-Claimant,

            -against-

WEI SU, HAI JUAN WANG, and YEH YAO HWANG

                Counterclaim-Defendants.
------------------------------------------------------------------------
YEH YAO HWANG,

                Cross-Claimant,

            -against-

WEI SU and HAI JUAN WANG,

                Cross-Defendants.
------------------------------------------------------------------------
WEI SU and HAI JUAN WANG,

                Cross-Claimants,

            -against-

YEH YAO HWANG,

                Cross-Defendant.
------------------------------------------------------------------------ X

17-CV-4577 (VEC)

OPINION & ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared before the Undersigned for a status conference on December 2, 2022.

IT IS HEREBY ORDERED that the parties are ordered to brief the following issues:

(1) Who has the right to possess the Vessel?  In briefing this issue, the parties are reminded that it is the law of the case that Su is not a bona fide purchaser of the Vessel and that Yeh owns a 50% interest in the Vessel.  *See* Opinion, Dkt. 278 at 41.

(2) Should the Court order the Vessel to be sold and divide the net proceeds of the sale between the parties?  *See id.*

Yeh's opening brief is due on **February 17, 2023**, and Su and Wang's response is due on **April 21, 2023**.  Yeh's reply is due on **May 12, 2023**, and any sur-reply from Su and Wang is due on **May 26, 2023**.  Per Rule 4(B) of the Undersigned's Individual Practices, Yeh's opening brief and Su and Wang's opposition brief must not exceed twenty-five pages, and the briefs must be double-spaced.  Yeh's reply, and any sur-reply from Su and Wang, must not exceed ten pages.

IT IS FURTHER ORDERED that Sotheby's fees motion remains stayed pending resolution of the above issues.  Mot., Dkt. 122.

**SO ORDERED.**

Date:  **December 2, 2022**
         New York, New York

_____
VALERIE CAPRONI
United States District Judge