USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/18/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

WEI SU and HAI JUAN WANG,

                Plaintiffs,

        -against-

SOTHEBY'S, INC.,

                Defendant.

------------------------------------------------------------------------

SOTHEBY'S, INC.,

                Counter-Claimant,

        -against-

WEI SU, HAI JUAN WANG, and YEH YAO HWANG,

                Counterclaim-Defendants,

           17-CV-4577 (VEC)

------------------------------------------------------------------------

YEH YAO HWANG,

           ORDER

                Cross-Claimant,

        -against-

WEI SU and HAI JUAN WANG,

                Cross-Defendants,

------------------------------------------------------------------------

WEI SU and HAI JUAN WANG,

                Cross-Claimants,

        -against-

YEH YAO HWANG,

                Cross-Defendant.

------------------------------------------------------------------------ X

2

IT IS ORDERED that the parties must notify the Court not later than **Friday, August 2, 2024,** whether Mr. Su has withdrawn the portion of his appeal pertaining to the Court's February 7, 2024, decision to order the sale of the Bronze Vessel.  If he has not done so, the Court will proceed with appointing a receiver pursuant to N.Y. CPLR § 5106.


**SO ORDERED.**

**Date:  July 18, 2024**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**