UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------- X
 WEI SU and HAI JUAN WANG,                                          :
                                                                    :
                                    Plaintiffs,                     :
                                                                    :
                        -against-                                   :
                                                                    :
 SOTHEBY'S, INC.,                                                   :
                                                                    :
                                    Defendant.                      :
 ------------------------------------------------------------------ :
 SOTHEBY'S, INC.,                                                   :
                                                                    :
                                    Counter-Claimant,               :
                                                                    :
                        -against-                                   :
                                                                    :
 WEI SU, HAI JUAN WANG, and YEH YAO HWANG,                          :
                                                                    :
                                    Counterclaim-Defendants,        :      17-CV-4577 (VEC)
                                                                    :
 ------------------------------------------------------------------ :           ORDER
 YEH YAO HWANG,                                                     :
                                                                    :
                                    Cross-Claimant,                 :
                                                                    :
                        -against-                                   :
                                                                    :
 WEI SU and HAI JUAN WANG,                                          :
                                                                    :
                                    Cross-Defendants,               :
 ------------------------------------------------------------------ :
 WEI SU and HAI JUAN WANG,                                          :
                                                                    :
                                    Cross-Claimants,                :
                                                                    :
                        -against-                                   :
                                                                    :
 YEH YAO HWANG,                                                     :
                                                                    :
                                    Cross-Defendant.                :
 ------------------------------------------------------------------ X
```

WHEREAS on August 11, 2025, the Court of Appeals issued a Mandate, Dkt. 314, affirming this Court's judgment.

IT IS HEREBY ORDERED that this case is CLOSED.

**SO ORDERED.**

**Date: August 12, 2025**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**